# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| CLAUDIO MORALES, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-28 |
| | * | |
| v. | * | |
| | * | |
| L.A. JONES, Acting Warden, | * | |
| | * | |
| Respondent. | * | |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 17. The Court additionally has considered Respondent's Notice, which confirms that the Bureau of Prisons ("BOP") has restored Petitioner Claudio Morales' ("Morales") good conduct time and expunged Morales' record regarding the incident in question, as the Magistrate Judge recommended. Dkt. No. 19. Respondent's Notice also confirms that Morales' projected release date has been updated to reflect this restoration. Dkt. No. 19, p. 2; Dkt. No. 19-2. Morales does not dispute any assertion in Respondent's Notice.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS**

Morales' 28 U.S.C. § 2241 Petition and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.[1]

**SO ORDERED**, this 22 day of October, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although the Court adopts the Magistrate Judge's recommendation and grants Morales his requested relief, Respondent is under no further obligations in this case, based on the representations made in his Notice.

AO 72A
(Rev. 8/82)